UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
KRYSTINA PFEIFER,                                           :
                                                            :
                         Plaintiff,                         :
                                                            :
            -against-                                       :
                                                            :
ARCHETYPE, LLC, ARCHETYPE DESIGN                            :
STUDIO, LLC, and ALAN BERMAN,                               :
                                                            :
                         Defendants.                        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2018

17-CV-8799 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

   WHEREAS on March 26, 2018 (Dkt. 13), the court-appointed mediator reported that the parties reached a settlement in principle as to all issues in this case; and

   WHEREAS on March 29, 2018 (Dkt. 14), the Court entered an order stating that this action would be dismissed unless either party filed a letter by April 30, 2018; and

   WHEREAS no party has filed a letter requesting that this action not be dismissed;

   IT IS HEREBY ORDERED that this action is DISMISSED.  The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date:  May 4, 2018
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**